UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 1:93-cr-19 |
| | ) | Judge Edgar |
| | ) | |
| GERALD L. CAMPBELL | ) | |

## **ORDER**

Defendant and federal prisoner Gerald L. Campbell has made a *pro se* motion to modify and reduce his sentence of imprisonment pursuant to 18 U.S.C. § 3582(c)(2) based on a retroactive application of Amendment 599 to the United States Sentencing Guidelines. [Doc. No. 88]. The United States government shall file its response to the motion on or before **November 18, 2008**.

SO ORDERED.

ENTER this the 22nd day of October, 2008.

                                           */s/ R. Allan Edgar*
                                           R. ALLAN EDGAR
                                           UNITED STATES DISTRICT JUDGE